IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TAMARA CREWS, as Administratrix of
the Estate of JEANIE MARIE CREWS,
deceased and TAMARA CREWS and
STACY CREWS, Individually,

   Plaintiffs,

vs.

NATIONAL RAILROAD PASSENGER
CORPORATION, d/b/a AMTRAK and
CSX TRANSPORTATION, INC.,

   Defendants.

CIVIL ACTION NO.: CV205-091

## ORDER

Plaintiffs have filed a Motion to Stay this case until the end of the current Georgia General Assembly session. Plaintiffs' general Motion to Stay this case is **DENIED**. If counsel wishes specific relief, he may request same.

**SO ORDERED**, this 10th day of February, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)