IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TAMARA CREWS, as Administratrix of the Estate of JEANIE MARIE CREWS, deceased and TAMARA CREWS and STACY CREWS, Individually,<br><br>Plaintiffs<br><br>Vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK and CSX TRANSPORTATION, INC.,<br><br>Defendants | Civil Action File No. CV205-091 |

## DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs and Defendants in the above action, by and through their undersigned attorneys and this action having been amicably resolved between Plaintiffs and Defendants, hereby file this Dismissal With Prejudice as to Defendants NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK and CSX TRANSPORTATION, INC.

This 13th day of April, 2006.

ROGER B. LANE, ATTORNEY AT LAW, P.C.
Attorney for Plaintiffs

By: _____
Roger B. Lane
Georgia Bar No. 434950

1601 Reynolds Street
Brunswick, GA 31520
(912) 264-8296

MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES
Attorney for Defendants National Railroad
Passenger Corp, d/b/a AMTRAK and
CSX Transportation, Inc.

By: _____
Andrew J. Knight, II.
Georgia Bar No. 425355

501 West Bay Street
Jacksonville, FL 32202
(904) 356-1306

**SO ORDERED**, this 18 day of April, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT